FILED
06 DEC 18 AM 8: 45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>ERICK OROPEZA,<br><br>　　　　　　　　　　Defendant. | CASE NO. **2003CR2388-R**<br><br>ORDER FOR EARLY TERMINATION OF TERM OF SUPERVISED RELEASE |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the term of supervised release imposed in the above-captioned case be terminated as to Defendant Erick Oropeza, as of 12/15/06.

**SO ORDERED.**

DATED: 12/14/06

_____
HONORABLE JOHN S. RHOADES
Senior U.S. District Judge